IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TIMOTHY TYRONE JOHNSON,   )<br>                            )<br>    Petitioner,            )<br>                            )     CIVIL ACTION NO.<br>    v.                      )        2:16cv457-MHT<br>                            )             (WO)<br>UNITED STATES OF AMERICA,   )<br>                            )<br>    Respondent.             ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Petitioner Timothy Tyrone Johnson's petition for writ of habeas corpus (doc. no. 1) is granted.

(2) The sentence (doc. no. 46) entered in <u>United States v. Johnson</u>, 2:07cr279-01-MHT (M.D. Ala. September 8, 2008), is vacated.

(3) The clerk of court is to file this judgment, along with the companion opinion, in <u>United

States v. Johnson, 2:07cr279-01-MHT (M.D. Ala.).

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 11th day of July, 2016.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**